UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JERMEL JONES,

      Plaintiff,

v.                                         Case No. 17-C-1523

RYAN MCCLAIN,

      Defendant.

**ORDER**

Outstanding in the above matter are a motion to compel discovery and a motion to appoint counsel. The motion to appoint counsel is denied for the same reasons stated in the three prior Orders denying the same motion. The case is straightforward and Jones shows by his filings that he is capable of communicating with the court and explaining the basis of his claim. The motion to compel is likewise denied. Jones filed along with his motion his first set of interrogatories and request for production of documents. The motion to compel is premature until and unless the defendants fail to respond to the discovery request within the 30 days allowed under the rules. In addition, although the defendants have now received notice and should be considered served with Jones' discovery request, in the future he is advised, as the Clerk indicated in a notice sent to him, that discovery requests are to be served on the defendant and not filed with the court. In any event, for the foregoing reasons, both motions are denied.

      **SO ORDERED** this  13th  day of March, 2018.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court